UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **Rodney Holmes** | **Fed Docket: 3:22-cv-555** |
| **Versus** | **JUDGE:** |
| **Alfonso Orlanco, TA Logistics Inc, and Trisura Specialty Insurance Company** | **MAGISTRATE:** |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE,** that Trisura Specialty Insurance Company, appearing herein through its undersigned counsel, hereby removes that certain action entitled, "Rodney Holmes v. Alfonso Orlanco et al" bearing Civil Action No. C-721842, on the docket of the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana. In support of removal, defendant respectfully submits the following:

I.

This lawsuit was filed by Plaintiff, Rodney Holmes, against defendants, Trisura Specialty Insurance Company, Alfonso Orlanco and TA Logistics Inc in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, on 8/03/2022. Trisura Specialty Insurance Company is filing an Answer to the original Petition for Damages with this removal and all issues are joined.

II.

The *Rodney Holmes v. Alfonso Orlanco et al* lawsuit is a civil action seeking damages for the following: past, present and future mental pain and suffering; past, present and future physical pain and suffering; past, present and future medical expenses; and past, present and future loss of income and/or impairment of earning capacity and property damages as a result of a motor vehicle

accident which allegedly occurred on November 11, 2021. Rodney Holmes alleges that he was driving his 2018 BMW 530, on I-10 in Baton Rouge, Louisiana. Plaintiff alleges that defendant, Alfonso Orlanco, was driving a 2020 Volvo tractor trailer owned by TA Logistics and he allegedly changed lanes into the plaintiff vehicle.

III.

Plaintiff, Rodney Holmes, is a resident of East Baton Rouge Parish, Louisiana.

IV.

In accordance with the Corporate disclosure requirements of Federal Rule of Procedure 7.1, defendant provides the following:

Trisura Specialty Insurance Company is a foreign company to the state of Louisiana; it is incorporated in Oklahoma City, Oklahoma with its principle place of business and mailing address as 210 Park Ave suite 1300; Oklahoma City, Oklahoma, 73102. Trisura Specialty Insurance Company is 100% owned by Trisura Group, Inc., a public company with its common shares trading on the Toronto Stock Exchange.

IX.

Pursuant to 28 USCA §1446 (d), written notice of removal of this action has been given to all adverse parties. A copy of the Notice is also being filed with the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, as required by 28 USCA §1446 (d).

X.

Trisura Specialty Insurance Group, Alfonso Orlanco and TA Logistics Inc are the only defendants herein.

XI.

All and singular, the premises and representations of this Notice are true and correct and

within the jurisdiction of this Honorable Court.

**WHEREFORE**, defendant, Trisura Specialty Insurance Co, prays that this Notice of Removal will be deemed proper and that this action proceed in this Honorable Court as an action properly removed to it from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, and further pray for all other general and equitable relief deemed appropriate by this Honorable Court.

Respectfully submitted by:

/S/    Sean P. Rabalais
**SEAN P. RABALAIS (#28410)**
PERRIER & LACOSTE LLC
365 Canal Place suite 2550
New Orleans, LA 70130

| | |
|---|---|
| Direct Dial: | (504) 212-8819 |
| Legal Assistant Dial: | |
| Facsimile: | (504) 535-2595 |
| Email: | Srabalais@perrierlacoste.com |
| E-Service Email: | Srabalais@perrierlacoste.com |

*Attorney for Trisura Specialty Insurance Company*

## C E R T I F I C A T E

I do hereby certify that a copy of the foregoing pleading has been served on all counsel by depositing same in the electronic mail, United States Mail, properly addressed and postage prepaid and/or electronic mail, on this 15th day of August, 2022.

/S/ Sean P. Rabalais.
**Sean P. Rabalais**

3