## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **Rodney Holmes** | **Fed Docket: 3:22-cv-555** |
| **Versus** | **JUDGE:** |
| **Alfonso Orlanco, TA Logistics Inc, and Trisura Specialty Insurance Company** | **MAGISTRATE:** |

### LISTING OF PARTIES AND COPIES OF PLEADING AND RETURN OF SERVICE

**NOW INTO COURT**, through undersigned counsel comes, Trisura Specialty Insurance Company who respectfully represents, as follows:

**I. LISTING OF PARTIES**

    **a. Plaintiff/Attorney**

    Rodney Holmes
    Charlotte C. McDaniel
    Charlotte C. McDaniel APLC
    16851 Jefferson Hwy suite 3A
    Baton Rouge, LA 70817
    Telephone: (225) 389-6711
    Facsimile: (225) 372-2607

    **b. Defendant/Attorney**

    Trisura Specialty Insurance Company
    Sean P. Rabalais
    PERRIER & LACOSTE
    365 Canal Place suite 2550
    New Orleans, LA 70130
    Direct Dial:    (504) 212-8819
    Facsimile:    (504) 535-2595

**II. COPIES OF ALL PLEADINGS**

Defendant attaches the following pleadings that were served upon defendant in the State Court proceeding, pursuant to 28 USC §1446:

a. Petition for Damages

Respectfully submitted by:

/S/     Sean P. Rabalais_____
**SEAN P. RABALAIS (#28410)**
PERRIER & LACOSTE LLC
365 Canal Place suite 2550
New Orleans, LA 70130
Direct Dial:            (504) 212-8819
Legal Assistant Dial:
Facsimile:              (504) 535-2595
Email:                  Srabalais@perrierlacoste.com
E-Service Email:        Srabalais@perrierlacoste.com
*Attorney for Trisura Specialty Insurance Company*

# **C E R T I F I C A T E**

I do hereby certify that a copy of the foregoing pleading has been served on all counsel by depositing same in the electronic mail, United States Mail, properly addressed and postage prepaid and/or electronic mail, on this 15th day of August, 2022.

/S/ Sean P. Rabalais.
**Sean P. Rabalais**